# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**PRIVILEGE UNDERWRITERS RECIPROCAL EXCHANGE, INC.,** as subrogee of Joseph Insalaco and Molly O'Neill, and **FRANCIS ENGINEERING, INC.,**
Appellants,

v.

**JAMES RIVER INSURANCE COMPANY,**
Appellee.

Nos. 4D20-137 and 4D20-138

[April 1, 2021]

Consolidated appeals from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Sandra Perlman, Judge; L.T. Case No. CACE-16-019577 (04).

Matthew N. Horowitz and Joshua R. Goodman of Cozen O'Connor, Miami, for appellant Privilege Underwriters Reciprocal Exchange, Inc.

Patrick V. Douglas and Meagan L. Logan of Douglas & Carter, Lake City, for appellant Francis Engineering, Inc.

Junaid N. Savani and Sina Bahadoran of Clyde & Co US LLP, Miami, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and DAMOORGIAN, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***